# UNITED STATES DISTRICT COURT

___WESTERN___ District of ___ARKANSAS___

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| BRENDA GOLDEN DAY | Case Number: 2:10CR20034-001 |
| | USM Number: 08067-010 |
| | Daniel Stewart |
| | Defendant's Attorney |

**THE DEFENDANT:**

X plead guilty to violation of condition(s) ___New Law Violation, Standard Condition #6 and Special Nighttime Condition___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| New Law Violation | Admitted to delivery of Methamphetamine 07/26/2011; Indicted in WD of Arkansas 08/10/2011 for Distributing Methamphetamine; Aiding and Abetting | 07/27/2011 |
| Standard Condition #6 | Failure to Notify of Change in Address | |
| Special Nighttime Condition | Failure to Follow Nighttime Restriction to Home from 11:00 pm to 6:00 a.m. on 07/26/2011 | 07/26/2011 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: XXX-XX-6543 | March 6, 2012 |
| --- | --- |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: XX/XX/1984 | |
| | /S/ P. K. Holmes, III |
| | Signature of Judge |
| Defendant's Residence Address: | |
| XXXXXXXXXXXXXXXXXXXX | |
| Fort Smith, AR 72904 | Honorable P. K. Holmes, III, Chief United States District Judge |
| | Name and Title of Judge |
| | March 6, 2012 |
| | Date |
| Defendant's Mailing Address: | |
| Same as above | |

DEFENDANT: BRENDA GOLDEN DAY
CASE NUMBER: 2:10CR20034-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **twenty-four (24) months with the term to run consecutively to the term of imprisonment ordered in case: 2:11CR20043-002. No term of supervised release to follow imprisonment.**

X The court makes the following recommendations to the Bureau of Prisons:
**The defendant complete a drug and alcohol treatment program while incarcerated in the Bureau of Prisons. The defendant to be placed in a facility in Texas.**

X The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page __3__ of __3__

DEFENDANT: BRENDA GOLDEN DAY
CASE NUMBER: 2:10CR20034-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ - 0 -        | $ - 0 -  | $ - 0 -         |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|   |   |   |   |

TOTALS          $ _____          $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.